FILED
2015 APR 2 PM 1:23
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

RECEIVED
APR -1 2015
Faye D. English
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISIONS

IN RE:                                          CHAPTER 13

Jaeckel, John                                   CASE NO 11-59073
(debtor(s) name)
                                                JUDGE Hoffman, Jr.

## NOTICE OF CHANGE OF ADDRESS
### (DEBTOR ADDRESS)

| Your Name | Print or Type - Last Name, First Name, Middle Initial: JOHN JAECKEL | | | | | |
|---|---|---|---|---|---|---|
| Your Name | Print or Type - Last Name, First Name, Middle Initial: | | | | | |
| **Old Address** | No. and Street: 1710 WARD RD. | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. | |
| | City and State: COLUMBUS | | State: OH | | ZIP Code: 43224 | |
| **New Address** | No. and Street: 1644 BLACKHORSE LN. | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. | |
| | City and State: HILLIARD | | State: OH | | ZIP Code: 43026 | |
| Sign Here | Signature: [signed] | | Date new address in effect: 1-1-15 | | Case No.: 11-59073 | |

**CHANGE OF ADDRESS REQUEST FOR Chapter 13**

COPIES TO:

UNITED STATES BANKRUPTCY COURT
170 N. HIGH ST
COLUMBUS OH 43115


10 West Broad St., Ste. 900
Columbus, OH 43215


**PLEASE CONTACT YOUR ATTORNEY IF YOU HAVE QUESTONS REGARDING UPDATES TO YOUR CASE FILE**