## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No: 11-59073 |
| John E. Jaeckel | Chapter 7 |
| *Debtor(s)* | Judge John E. Hoffman, Jr. |

### DEBTOR'S AMENDMENTS TO SCHEDULES "I" AND "J"

Debtor hereby amends Schedule "I", Current Income of Individual Debtor(s), to accurately reflect his current income and deductions (see attached Exhibit "A").

Debtor hereby amends Schedule "J", Current Expenditures of Individual Debtor(s), to accurately reflect his current expenditures (see attached Exhibit "B").

Date: __August 14, 2015__   /s/ Jennifer G. CaJacob
Jennifer G. CaJacob (0072689)
Attorney for Debtors
CaJacob Law Group
470 Olde Worthington Rd., Ste. 200
Westerville, Ohio 43082
(614) 410-6640
jennifer@cajacoblawgroup.com

## Debtor's Verification

I declare under penalty of perjury that I have read the attached amendments and that they are true and correct to the best of my knowledge, information or belief.


Date:  August 14, 2015

 /s/ John E. Jaeckel
John E. Jaeckel
Debtor

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Amendments were served upon the following on this 14th day of August, 2015.

    /s/ Jennifer G. CaJacob
Jennifer G. CaJacob
Attorney for Debtors

***SERVED ELECTRONICALLY***:
Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad Street, Suite 900
Columbus, OH 43215-3449

U.S. Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

State of Ohio, Department of Taxation
c/o Brian M. Gianangeli
The Law Office of Charles Misfud, LLC
6305 Emerald Parkway
Dublin, Ohio 43016

Kerri N. Bruckner
Lerner, Sampson & Rothfuss
PO Box 5480
Cincinnati, Ohio 45201-5480

***SERVED VIA REGULAR U.S. MAIL:***
John E. Jaeckel
1644 Blackhorse Lane
Hilliard, Ohio 43026-8289

American Express
PO Box 360001
Ft. Lauderdale, FL 33336-0001

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Candica, LLC
c/o Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Capital One Bank Business
PO Box 85147
Richmond, VA 23276-0001

Deanne Jaeckel
5289 Bayside Ridge Dr.
Galena, OH 43021-8538

HSBC
2929 Walden Ave
Depew, NY 14043-2690

HSBC Mortgage Corp
P.O. Box 21188
Eagan, MN 55121-0188

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kemba Credit Union
4220 East Broad Street
PO Box 13145
Columbus, OH 43213-0145

Kemba Financial Credit Union
555 Officenter Pl.
PO Box 307370
Gahanna, OH 43230-7370

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

PNC
3 State Farm Plz
Bloomington, IL 61791-0001

PNC Bank
PO Box 94982
Cleveland, OH 44101-4982

State Farm
3 State Farm Plz
Bloomington, IL 61791-0002

State Farm Bank, FSB
Attn:  BCC Bankruptcy
P.O. Box 2328
Bloomington, IL  61702-2328

| | | |
|---|---|---|
| Fill in this information to identify your case: | | |
| Debtor 1 | **John E. Jaeckel** | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | |
| Case number (If known) | **11-59073** | |

Check if this is:

■ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income     12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Advertising | |
| **Employer's name** | Navicor Group, LLC | |
| **Employer's address** | 500 Olde Worthington Rd.<br>Westerville, OH 43082 | |
| **How long employed there?** | 2 months | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **7,500.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. $ **7,500.00** | $ **N/A** |

Official Form B 6I                        **Schedule I: Your Income**                        page 1

Debtor 1 **John E. Jaeckel**  Case number (*if known*) **11-59073**

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 7,500.00 | $ N/A |

5. **List all payroll deductions:**
   - 5a. **Tax, Medicare, and Social Security deductions** — 5a. $ 1,154.44 / $ N/A
   - 5b. **Mandatory contributions for retirement plans** — 5b. $ 0.00 / $ N/A
   - 5c. **Voluntary contributions for retirement plans** — 5c. $ 0.00 / $ N/A
   - 5d. **Required repayments of retirement fund loans** — 5d. $ 0.00 / $ N/A
   - 5e. **Insurance** — 5e. $ 421.89 / $ N/A
   - 5f. **Domestic support obligations** — 5f. $ 0.00 / $ N/A
   - 5g. **Union dues** — 5g. $ 0.00 / $ N/A
   - 5h. **Other deductions.** Specify: **HSA** — 5h.+ $ 144.43 + $ N/A

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. — 6. $ 1,720.76 / $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. — 7. $ 5,779.24 / $ N/A

8. **List all other income regularly received:**
   - 8a. **Net income from rental property and from operating a business, profession, or farm**
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. — 8a. $ 0.00 / $ N/A
   - 8b. **Interest and dividends** — 8b. $ 0.00 / $ N/A
   - 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. — 8c. $ 0.00 / $ N/A
   - 8d. **Unemployment compensation** — 8d. $ 0.00 / $ N/A
   - 8e. **Social Security** — 8e. $ 0.00 / $ N/A
   - 8f. **Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: — 8f. $ 0.00 / $ N/A
   - 8g. **Pension or retirement income** — 8g. $ 0.00 / $ N/A
   - 8h. **Other monthly income.** Specify: — 8h.+ $ 0.00 + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. — 9. $ 0.00 / $ N/A

10. **Calculate monthly income.** Add line 7 + line 9. — 10. $ 5,779.24 + $ N/A = $ 5,779.24
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: — 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies — 12. $ 5,779.24
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1: **John E. Jaeckel**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (If known): **11-59073**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date:
  MM / DD / YYYY
- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                        12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent............
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 9 | ☐ No  ■ Yes |
| Son | 12 | ☐ No  ■ Yes |
| Daughter | 17 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

|  | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ **900.00**

   **If not included in line 4:**
   - 4a. Real estate taxes     4a. $ **0.00**
   - 4b. Property, homeowner's, or renter's insurance     4b. $ **15.00**
   - 4c. Home maintenance, repair, and upkeep expenses     4c. $ **15.00**
   - 4d. Homeowner's association or condominium dues     4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ **0.00**

| Debtor 1 | John E. Jaeckel | Case number (if known) | 11-59073 |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **200.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **45.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **85.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **500.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **25.00**
10. **Personal care products and services** — 10. $ **0.00**
11. **Medical and dental expenses** — 11. $ **0.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **200.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **80.67**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **2011 Income Tax Repayment** — 16. $ **285.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **547.64**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** — 18. $ **2,850.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income*.
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**
22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ **5,748.31**
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **5,779.24**
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ **5,748.31**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **30.93**
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes. Explain: